No. 12–5896. QUARTERMAN v. CULLUM. Ct. App. Ga. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–5946. BATES v. LOCKETT, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam)*.

No. D–2478. IN RE DISBARMENT OF GOLDEN, 562 U. S. 1197. Motion for reconsideration of disbarment denied.

No. D–2673. IN RE DISBARMENT OF REED. Disbarment entered. [For earlier order herein, see 566 U. S. 972.]

No. D–2684. IN RE DISBARMENT OF GARGANO. Disbarment entered. [For earlier order herein, see 567 U. S. 955.]

No. 12M1. STINCHFIELD v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA, ET AL.;

No. 12M2. CASTLE v. SPEESE ET AL.;

No. 12M3. MYERS v. BMO HARRIS BANK N. A. ET AL.;

No. 12M4. FORD v. MCKESSON;

No. 12M5. TSHIWALA v. HERSHBERGER, WARDEN, ET AL.;

No. 12M8. MAXWELL v. LOUISIANA;

No. 12M12. BLOCKER v. KELLEY;

No. 12M13. VANN v. BRITISH PETROLEUM OIL CO. ET AL.;

No. 12M14. WOOLMAN v. LANCASTER COUNTY CORRECTIONS;

No. 12M15. SMITH v. ELINSKY;

No. 12M16. TABB v. BANKS;

No. 12M17. FLOYD v. STATE OF NEW YORK DIVISION OF HUMAN RIGHTS;

No. 12M18. JORDAN v. TENNESSEE;

No. 12M19. SKALAFURIS v. CITY OF NEW YORK, NEW YORK, DEPARTMENT OF CORRECTIONS;

No. 12M21. CAROON v. ROY, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS;

No. 12M22. SMITH v. ENTREPRENEUR MEDIA, INC.;

No. 12M23. COOPER v. SNIEZEK ET AL.;

No. 12M24. CROOK v. TEXAS;

No. 12M25. GOFORTH v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.;

No. 12M26. YOUNG v. ZAPPOS.COM, INC., ET AL.; and

No. 12M27. GREEN v. BLEDSOE, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 12M6. HUGUELEY v. TENNESSEE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 12M7. FORNEY v. FLORIDA. Motion for leave to proceed as a veteran denied.

No. 12M9. TAYLOR v. NEGLEY PARK HOMEOWNERS ASSOCIATION COUNCIL ET AL.;

No. 12M10. NIYAZ v. BANK OF AMERICA ET AL.; and

No. 12M11. TEXADA v. CAIN, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 12M20. BAEZ v. UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 12M28. C. F. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $6,888.59 for the period July 1, 2011, through June 30, 2012, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 565 U. S. 809.]

No. 11–438. LIBERTY UNIVERSITY ET AL. v. GEITHNER, SECRETARY OF THE TREASURY, ET AL., 567 U. S. 951. Respondents are requested to file a response to petition for rehearing within 30 days.